# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SONIA M & DAVID I BARAJAS |
| **Case Number:** | 2:12-BK-16219-GBN    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 11, 2015 01:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | MARGARET KELLY |

## Matter:

CONTINUED HEARING IN RE: ORDER DIRECTING DEBTORS TO APPEAR AND SHOW CAUSE REGARDING DEBTORS' NON-COMPLIANCE WITH COURT ORDER

**R / M #:**  43 / 0

## Appearances:

SONIA M. BARAJAS, DEBTOR
DAVID I. BARAJAS, JOINT DEBTOR
MICHAEL P. LANE, ATTORNEY FOR DALE D. ULRICH

# Minute Entry

(continue)...   2:12-BK-16219-GBN          THURSDAY, JUNE 11, 2015 01:30 PM

## *Proceedings:*

The Court reviewed the history of the case and the Trustee's orders that need to be complied with.

Mr. Lane advised the Court that the Trustee found the probate case in California and, recorded in Ventura County, a deed of trust pledging the insurance trust as collateral. Mr. Lane stated that there is an undisclosed interested in Ms. Barajas' mother's estate that should be sufficient to pay the scheduled creditors.

The Court reviewed the probate court case that is pending and the Trustee's investigation of that case. The Court questioned the debtors regarding the difficulty of getting ahold of them.

Ms. Barajas provided the debtors' current address and provided her email address.

The Court stated that Mr. Lane will provide the debtors with a copy of his business card. The Court advised the debtors that the Trustee will need to investigate the inheritance from the probate estate.

Ms. Barajas discussed the property and the probate case.

The Court questioned Ms. Barajas about the probate loans she borrowed.

Ms. Barajas responded that she paid the loan servicer back more than she borrowed.

Mr. Lane stated that the Trustee will need to determine if any of the funds received are recoverable for the estate. Mr. Lane discussed possibly setting a claims bar date. Mr. Lane advised that an examination will not be necessary if the debtors will turn over the paperwork they have on the probate matter.

The Court advised the debtors that, if possible, they should obtain a bankruptcy attorney. The Court questioned the debtors regarding the documentation they have from the probate case.

Ms. Barajas responded.

COURT:  IT IS ORDERED DIRECTING THE DEBTORS TO PROVIDE THE TRUSTEE WITH THE DOCUMENTS REGARDING THE PROBATE CASE NO LATER THAN MONDAY JUNE 15, 2015.

Mr. Lane asked that he be allowed to have a 2004 examination order in place, in case the documents are not received.

The Court agreed.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  2:12-BK-16219-GBN    THURSDAY, JUNE 11, 2015 01:30 PM

Case 2:12-bk-16219-GBN    Doc 56    Filed 06/11/15    Entered 06/12/15 14:11:55    Desc
Main Document    Page 3 of 3

06/12/2015  2:11:41PM